

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:21CR00 26 DPM |
| | ) | |
| v. | ) | 18 U.S.C. § 922(g)(1) |
| | ) | 18 U.S.C. § 922(o) |
| NOAH J. SHOEMAKER | ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

A.   On or about January 28, 2021, the defendant,

NOAH J. SHOEMAKER,

had previously and knowingly been convicted of one or more of the following crimes punishable by a term of imprisonment exceeding one year:

1. Breaking and entering and fleeing, in Perry County, Arkansas, Circuit Court in Case Number 09-251;

2. Possession of a firearm by certain persons, in Perry County, Arkansas, Circuit Court in Case Number 10-35; and

3. Possession of a firearm by certain persons, in Perry County, Arkansas, Circuit Court in Case Number 12-2535.

B.   On or about January 28, 2021, in the Eastern District of Arkansas, the defendant,

NOAH J. SHOEMAKER,

knowingly possessed, in and affecting commerce, one or more of the following firearms:

1. a Seekins Precision, .223-5.56 caliber rifle, bearing serial number C01424;

2. an E.A. Co., model J-15, caliber .223-5.56 rifle, bearing serial number EA037147;

3. a Ruger, Model Mark III, .22lr pistol, bearing serial number 22781279; and

4. a CZ, model CZ75, 9mm pistol, bearing serial number A475170.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT TWO

On or about January 28, 2021, in the Eastern District of Arkansas, the defendant,

NOAH J. SHOEMAKER,

knowingly possessed one or more machineguns, that is: any part designed and intended solely and exclusively, and combination of parts designed and intended, for use in converting a weapon into a machinegun.

All in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## COUNT THREE

A. On or about January 30, 2021, the defendant,

NOAH J. SHOEMAKER,

had previously and knowingly been convicted of one or more of the following crimes punishable by a term of imprisonment exceeding one year:

4. Breaking and entering and fleeing, in Perry County, Arkansas, Circuit Court in Case Number 09-251;

5. Possession of a firearm by certain persons, in Perry County, Arkansas, Circuit Court in Case Number 10-35; and

6. Possession of a firearm by certain persons, in Perry County, Arkansas, Circuit Court in Case Number 12-2535.

B.	On or about January 30, 2021, in the Eastern District of Arkansas, the defendant,

NOAH J. SHOEMAKER,

knowingly possessed, in and affecting commerce, one or more of the following firearms:

1.	a Kel Tec, Model Sub 2000, 9mm pistol, bearing serial number E4J31;

and

2.	a Beretta, Model 92FS, 9mm pistol, bearing serial number BER650952.

All in violation of Title 18, United States Code, Section 922(g)(1).

### **FORFEITURE ALLEGATION**

Upon conviction of the offense alleged in Count One, Two, or Three of this Indictment, the defendant, NOAH J. SHOEMAKER, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense.

[END OF TEXT.  SIGNATURE PAGE ATTACHED.]